IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| John T. Minemyer, plaintiff, <br><br> v. <br><br> R-Boc Representatives, Inc., et al., defendants. <br><br> R-Boc Representatives, Inc., et al., plaintiffs, <br><br> v. <br><br> John T. Minemyer, defendant | 07-cv-1763 <br><br> and <br><br> 11-cv-8433 <br><br> Magistrate Judge Cole |

## MINEMYER'S MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY

Pursuant to the Court's September 21, 2015, Order (dkt. #200 in case 11-cv-8433), Mr. Minemyer seeks leave to submit Judge Leinenweber's January 23, 2017, decision in *The Chamberlain Group, Inc. v. Techtronic Industries Co., Ltd.*, 2017 WL 368027 (N.D. Ill.), as supplemental authority on the methodology governing claimed redesigns of infringing products, an issue addressed at pp. 7-21 of his Post-Trial Brief on the Defendants' Redesign of their Couplers (dkt. #188 in case 11-cv-8433).

Respectfully submitted,

JOHN T. "TOM" MINEMYER

By: s/ Douglas M. Chalmers
One of his attorneys

Douglas M. Chalmers
DOUGLAS M. CHALMERS, P.C.
120 North LaSalle St., Suite 2000
Chicago, IL 60602
Telephone: 312-606-8700
ARDC#: 6200986

Sean B. Crotty
Eugene J. Schiltz
CROTTY & SCHILTZ LLC
120 North LaSalle St., Suite 2000
Chicago, Illinois 60602
Telephone: 312-444-1000
ARDC#: 06181363