UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

R–Boc Representatives, Inc.
                          Plaintiff,

v.                                           Case No.: 1:11–cv–08433
                                                Honorable Jeffrey Cole

John T. Minemyer
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 30, 2017:

      MINUTE entry before the Honorable Jeffrey Cole:Disagreeing with the judgments that were entered in the above captioned cases, the parties have agreed upon entry of revised judgment Forms AO450, which counsel for the parties have submitted to the court for entry. Accordingly, these forms will be entered contemporaneously with this order and will serve as the judgments in the above cases. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.