

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS

R-BOC REPRESENTATIVES et al, ))
*Plaintiff* ))
v. ) Civil Action No. 11 C 8433
JOHN MINEMYER, )
*Defendant*

*AGREED REVISED*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Judgment is entered in favor of John Minemyer in the total amount of $6,689,472.59, broken down as follows:

Dura-Line, Timothy Grimsley, R-BOC Representatives, Robert Lundeen, Carolyn Lundeen, Precision Custom Molders, Inc., and Edward Krajecki are jointly and severally liable to Mr. Minemyer for the amount of $3,980,163.59, consisting of trebled damages in the amount of $2,199,942.00, plus prejudgment interest in the amount of $298,873.00, plus joint and several attorneys' fees in the amount of $1,252,753.07, plus joint and several prejudgment interest in the amount of $174,801.00, plus joint and several costs in the amount of $53,794.52.

R-BOC Representatives, Robert Lundeen, Carolyn Lundeen, Precision Custom Molders, Inc., and Edward Krajecki are also jointly and severally liable to Mr. Minemyer for the additional amount of $2,709,309.00, consisting of additional trebled damages in the amount of $2,599,254 and additional prejudgment interest in the amount of $110,055.

Dura-Line and Timothy Grimsley are not liable for any additional amount beyond the $3,980,163.59.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☒ tried by Judge Jeffrey Cole _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

**THOMAS G. BRUTON**
*CLERK OF COURT*

Date: August 29, 2017

_____

American LegalNet, Inc.
www.FormsWorkFlow.com

THOMAS G. BRUTON
2017 AUG 30 PM 9:46