UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

R–Boc Representatives, Inc.
                              Plaintiff,

v.                                                       Case No.: 1:11–cv–08433
                                                         Honorable Jeffrey Cole

John T. Minemyer
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 14, 2017:

       MINUTE entry before the Honorable Jeffrey Cole: As explained in the accompanying Memorandum Opinion, Mr. Minemyer will file a response to Sandra Krajecki's Motion within 14 days. Any reply shall be due 7 days thereafter. A further status hearing will be held on 1/9/2018 at 08:30 AM in courtroom 1003. Enter Memorandum Opinion.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.